BEFORE THE THIRD DIVISION, JULY 7, 1955

No. 59213.—Lansen-Naeve Corp. *v.* United States, protest 244338–K (New York).

Opinion by JOHNSON, J. At the trial, the collector's memorandum was offered in evidence wherein it is stated that, following the customs regulations, the merchandise would now be liquidated free of duty under paragraph 1607 and that, the collector's period of review having expired, he would have no objection to a stipulation to that effect. On the record presented, the claim of the plaintiff was sustained.